# Notice Recipients

District/Off: 0315−2      User: mgut      Date Created: 12/30/2021
Case: 18−20359−JAD      Form ID: trc      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
14930124     Lakeview Loan Servicing, LLC     P.O. Box 8068     Virginia Beach, VA 23450

TOTAL: 1