IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-20359 JAD |
| Rick Raymond White | : | |
| | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Related to Doc No. 116 |
| ============================ | : | |
| Scott R. Lowden, Esq., | : | |
| Applicant, | : | Hearing: 3/31/23 at 11:00 AM |
| v. | : | |
| No Respondent | : | |
| Respondent | : | |

### CERTIFICATION OF NO RESPONSE REGARDING APPLICATION FOR PROFESSIONAL FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on <u>March 1, 2023</u> has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, responses to the Application were to be filed and served no later than <u>March 18, 2023</u>.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated:  March 20, 2023

                                                          /s/ Scott R. Lowden  
                                                          Scott R. Lowden, Esq.  
                                                          PA ID 72116  
                                                          100 Heathmore Avenue  
                                                          Pittsburgh, PA 15227  
                                                          (412) 292-4254  
                                                          lowdenscott@gmail.com