DEFAULT O/E JAD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: )
Rick Raymond White ) Bankruptcy No. 18-20359 JAD
)
Debtor (s) )
) Chapter 13
Scott R. Lowden, Esquire )
Applicant(s) ) Related to
v. ) Doc. No. 116
No Respondent )
Respondent(s) )

**ORDER OF COURT**

AND NOW, this 24th day of March, 2023, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $11,712.90, of which $11,522.50 are attorney fees and $190.40 are costs, and that the total previously allowed Attorney's Fees and Costs were $7,294.90. This award covers the period from 3/6/20 to 3/1/23.

Therefore, the Application in its face amount of $4,418.00 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $4,418.00 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $200.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between March 6, 2020 and March 1, 2023 in the amount of **$4,372.50** and expenses in the amount of **$45.50** for a total of **$4,418.00**. The total award of compensation for services to date, is **$11,522.50** and expenses in the amount of **$190.40** for a grand total in the amount of **$11,712.90.**

BY THE COURT:

sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
3/24/23 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 18-20359-JAD
Rick Raymond White Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Mar 24, 2023 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rick Raymond White, 904 Short Street, Canonsburg, PA 15317-1962 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC as servicing agent for Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing LLC logsecf@logs.com |
| Christopher M. McMonagle | on behalf of Creditor Plaza Home Mortgage Inc. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| Christopher M. McMonagle | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| David A. Rice | |

on behalf of Debtor Rick Raymond White ricelaw1@verizon.net lowdenscott@gmail.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com

Lorraine Gazzara Doyle
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ldoyle@logs.com, logsecf@logs.com

Marisa Myers Cohen
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Scott R. Lowden
on behalf of Debtor Rick Raymond White lowdenscott@gmail.com

Steven P Kelly
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 13