FILED
7/11/23 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>Entry of Appearance of Christopher DeNardo, Esquire substituting the appearance of Lorraine Gazzara Doyle Esquire in various cases Related to The Law Firm LOGS Legal Group LLP | MISCELLANEOUS NO.<br><br>23-211-GLT<br><br>Related to Docket No. 2 |

### ORDER

AND NOW, this 11th Day of July, 2023, in the United States Bankruptcy Court for at the Western District Bankruptcy Court of Pennsylvania, upon the consideration of the Motion of Movants Christopher A. DeNardo, Esquire and Lorraine Gazzara Doyle, Esquire to substitute the appearance of Christopher A De Nardo, Esquire for that of Lorraine Gazzara Doyle, Esquire for various creditors in various cases as listed in the attachment to the accompanying Motion, Exhibit "A", and for good cause shown, it is

ORDERED AND DECREED that the Motion is granted, and that the appearance of Lorraine Gazzara Doyle is substituted by Christopher A. DeNardo as to all creditors represented by the LOGS Legal Group, LLP, in the list of cases attached to the Motion as Exhibit "A".

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court