**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  RICK RAYMOND WHITE<br><br>                    Debtor(s)<br>Ronda J. Winnecour, Trustee<br>   Movant<br>          vs.<br>  RICK RAYMOND WHITE<br><br>                 Respondents | Case No.18-20359JAD<br><br>Chapter 13<br><br>Related to ECF No. 123 |

### ORDER TO STOP PAYROLL DEDUCTIONS

   AND NOW, this  11th  day of  October,  2023,         it is hereby ORDERED, ADJUDGED, and DECREED that,

Npl Construction Co
Attn Payroll Manager
19820 N 7Th Ave
Suite 120
Phoenix,AZ 85027

is hereby ordered to immediately terminate the attachment of the wages of RICK RAYMOND WHITE, social security number XXX-XX-3317.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RICK RAYMOND WHITE.

BY THE COURT:

_____
JEFFERY A. DELLER   jah
UNITED STATES BANKRUPTCY JUDGE

FILED
10/11/23 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20359-JAD |
| Rick Raymond White | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 11, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rick Raymond White, 904 Short Street, Canonsburg, PA 15317-1962 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 13, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC as servicing agent for Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com |
| Christopher M. McMonagle | on behalf of Creditor Plaza Home Mortgage  Inc. christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com |
| Christopher M. McMonagle | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 11, 2023 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com

David A. Rice
    on behalf of Debtor Rick Raymond White ricelaw1@verizon.net  lowdenscott@gmail.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com

Marisa Myers Cohen
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Rick Raymond White lowdenscott@gmail.com

Steven P Kelly
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 13