**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **RICK RAYMOND WHITE** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **18-20359JAD** |

# Form 4100N
## Notice of Final Cure Payment                                               10/15

File a separate notice for each creditor.

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** LAKEVIEW LOAN SERVICING LLC

**Court claim no.** (if known): 05

**Last 4 digits** of any number you use to identify the debtor's account: 7 8 6 4

**Property Address:** 904 SHORT ST
CANONSBURG PA 15317

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                           Amount

| | | |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 0.00 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 0.00 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 0.00 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
  Current monthly mortgage payment                                                $  $794.52
  The next postpetition payment is due on   12 / 1 / 2023
                                             MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **RICK RAYMOND WHITE** | Case number *(if known)* | **18-20359JAD** |
|---|---|---|---|
| | Name | | |

**Part 4:   A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date  10/30/2023

Trustee   Ronda J. Winnecour

Address   CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219

Contact phone   (412) 471-5566            Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **RICK RAYMOND WHITE** | Case number *(if known)* | **18-20359JAD** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 03/01/2019 | | LAKEVIEW LOAN SERVICING LLC | REALLOCATION OF CONTINUING DEBT | 1,837.83 |
| 04/26/2019 | 1116101 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,477.36 |
| 05/24/2019 | 1119500 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,146.76 |
| 06/25/2019 | 1122893 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 892.39 |
| 07/29/2019 | 1126334 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 892.39 |
| 08/27/2019 | 1129805 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 892.39 |
| 09/24/2019 | 1133117 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 892.39 |
| 10/24/2019 | 1136441 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 892.39 |
| 11/25/2019 | 1139908 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 892.39 |
| 12/23/2019 | 1143290 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 892.39 |
| 01/28/2020 | 1146751 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 750.94 |
| 02/25/2020 | 1150272 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,033.84 |
| 03/23/2020 | 1153755 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 892.39 |
| 04/27/2020 | 1157215 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 603.42 |
| 05/26/2020 | 1160554 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 452.36 |
| 06/26/2020 | 1163687 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,050.37 |
| 07/29/2020 | 1166814 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 905.86 |
| 08/25/2020 | 1169888 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.79 |
| 09/28/2020 | 1172976 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 885.42 |
| 10/26/2020 | 1176065 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 919.05 |
| 11/24/2020 | 1179143 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,034.16 |
| 12/21/2020 | 1182098 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 862.97 |
| 01/25/2021 | 1185062 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 694.06 |
| 02/22/2021 | 1188178 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,003.35 |
| 03/26/2021 | 1191462 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,152.76 |
| 04/26/2021 | 1194725 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,009.13 |
| 05/25/2021 | 1197863 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,047.22 |
| 06/25/2021 | 1201041 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 894.81 |
| 07/26/2021 | 1204251 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 894.81 |
| 08/26/2021 | 1207374 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 894.81 |
| 09/24/2021 | 1210495 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 894.81 |
| 10/25/2021 | 1213572 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 894.81 |
| 01/26/2022 | 1222745 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 2,684.43 |
| 02/23/2022 | 1225639 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 894.81 |
| 03/25/2022 | 1228585 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 787.54 |
| 04/26/2022 | 1231607 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 787.54 |
| 10/25/2022 | 1249213 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 4,725.24 |
| 11/23/2022 | 1251990 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 787.54 |
| 12/22/2022 | 1254760 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 787.54 |
| 01/26/2023 | 1257488 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 787.54 |
| 02/23/2023 | 1260117 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 787.54 |
| 03/28/2023 | 1262880 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 787.54 |
| 04/25/2023 | 1265702 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 794.52 |
| 05/25/2023 | 1268552 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 794.52 |
| 06/26/2023 | 1271452 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 794.52 |
| 07/25/2023 | 1274229 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 794.52 |
| 08/25/2023 | 1276999 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 794.52 |
| 09/26/2023 | 1279757 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 794.52 |
| 10/25/2023 | 1282469 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 794.52 |
| | | | | 49,746.72 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

RICK RAYMOND WHITE
904 SHORT STREET
CANONSBURG, PA  15317

DAVID A RICE ESQ
RICE & ASSOCIATES LAW FIRM
15 W BEAU ST
WASHINGTON, PA  15301

LAKEVIEW LOAN SERVICING LLC
C/O RIGHTPATH SERVICING
PO BOX 619094
DALLAS, TX  75261-9741

RIGHTPATH SERVICING
PO BOX 619096
DALLAS, TX  75261-9741

LOGS LEGAL GROUP LLP
3600 HORIZON DR STE 150
KING OF PRUSSIA, PA  19406


10/30/23

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee