IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RICK RAYMOND WHITE

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-20359 JAD

Chapter 13

Related to ECF No. 130

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 17th day of January, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
1/17/24 12:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER    jah
UNITED STATES BANKRUPTCY JUDG

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20359-JAD |
| Rick Raymond White | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 17, 2024 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rick Raymond White, 904 Short Street, Canonsburg, PA 15317-1962 |
| 14767356 | + | Canonsburg Tax Collector, 68 East Pike Street, Canonsburg, PA 15317-1375 |
| 14767357 | + | Hutington National Bank, P.O. Box 1558, Columbus, OH 43216-1558 |
| 14767359 | + | PA Dept of Revenue, 11 Parkway Ctr, #175, Pittsburgh, PA 15220-3623 |
| 14767360 | + | Plaza Home Mortgage Inc, c/o Edward McKee, Esq., 1581 Main Stret, Suite 200, Warrington, PA 18976-3403 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 18 2024 00:02:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14802278 | + | Email/Text: g20956@att.com | Jan 18 2024 00:02:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14788916 | + | Email/Text: ebnjts@grblaw.com | Jan 18 2024 00:02:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15442710 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 18 2024 00:02:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14790368 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 18 2024 00:02:00 | Plaza Home Mortgage, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14767361 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 18 2024 00:02:00 | Plaza Home Mtg/dovenmu, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047 |
| 14803856 | | Email/Text: G06041@att.com | Jan 18 2024 00:02:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14767358 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 18 2024 00:02:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 14930124 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 18 2024 00:02:00 | Lakeview Loan Servicing, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14796216 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2024 00:11:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14767362 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2024 00:11:16 | Portfolio Recovery / Capital One, Po Box 41067, Norfolk, VA 23541-1067 |
| 15521288 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 18 2024 00:02:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9741, Phone 75261-9096 |
| 14770278 | + | Email/Text: bankruptcy@huntington.com | Jan 18 2024 00:02:00 | The Huntington National Bank, 3 Cascade |

| 14802554 | Email/PDF: ebn_ais@aisinfo.com | Jan 18 2024 00:11:02 | Plaza-CAS056, Akron OH 44308-1124 Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC as servicing agent f |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Plaza Home Mortgage, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing LLC logsecf@logs.com |
| Christopher M. McMonagle | on behalf of Creditor Plaza Home Mortgage Inc. christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com |
| Christopher M. McMonagle | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com |
| David A. Rice | on behalf of Debtor Rick Raymond White ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing LLC as servicing agent for Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com |
| Marisa Myers Cohen | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: auto     Page 3 of 3
Date Rcvd: Jan 17, 2024     Form ID: pdf900     Total Noticed: 19

Roger Fay
   on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Scott R. Lowden
   on behalf of Debtor Rick Raymond White lowdenscott@gmail.com

Steven P Kelly
   on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 14