**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| RICK RAYMOND WHITE | Case No.:18-20359 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/31/2018 and confirmed on 03/19/2018. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 91,015.97 |
| Less Refunds to Debtor | 1,069.54 | |
| TOTAL AMOUNT OF PLAN FUND | | 89,946.43 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 11,712.90 | |
|     Trustee Fee | 4,100.64 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,813.54 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC<br>  Acct: 7864 | 3,523.68 | 3,523.68 | 0.00 | 3,523.68 |
| LAKEVIEW LOAN SERVICING LLC<br>  Acct: 7864 | 6,246.06 | 6,246.06 | 0.00 | 6,246.06 |
| LAKEVIEW LOAN SERVICING LLC<br>  Acct: 7864 | 0.00 | 49,746.72 | 0.00 | 49,746.72 |
| LAKEVIEW LOAN SERVICING LLC<br>  Acct: 7864 | 0.00 | 0.00 | 0.00 | 0.00 |
| CANONSBURG BOROUGH-GARBAGE<br>  Acct: 0700 | 219.30 | 219.30 | 28.73 | 248.03 |
| CANONSBURG BOROUGH-GARBAGE<br>  Acct: 0700 | 36.22 | 36.22 | 0.00 | 36.22 |
| CANONSBURG BOROUGH (SWG)**<br>  Acct: 0700 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 59,800.71 |
| **Priority** | | | | |
| DAVID A RICE ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Priority | | | | |
|    RICK RAYMOND WHITE | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    RICK RAYMOND WHITE | 372.64 | 372.64 | 0.00 | 0.00 |
|      Acct: | | | | |
|    RICK RAYMOND WHITE | 636.84 | 636.84 | 0.00 | 0.00 |
|      Acct: | | | | |
|    RICK RAYMOND WHITE | 60.06 | 60.06 | 0.00 | 0.00 |
|      Acct: | | | | |
|    RICE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    RICE AND ASSOCIATES | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    RICE AND ASSOCIATES | 3,294.90 | 3,294.90 | 0.00 | 0.00 |
|      Acct: XXXXXXXXXXXXXXXXXXXXXXXXX8-20 | | | | |
|    RICE AND ASSOCIATES | 4,418.00 | 4,418.00 | 0.00 | 0.00 |
|      Acct: XXXXXXXXXXXXXXXXXXXXXXXXX-*23 | | | | |
|    CANONSBURG BOROUGH (EIT) | 550.00 | 550.00 | 0.00 | 550.00 |
|      Acct: 3317 | | | | |
|    INTERNAL REVENUE SERVICE* | 12,117.95 | 12,117.95 | 0.00 | 12,117.95 |
|      Acct: 3317 | | | | |
|    PA DEPARTMENT OF REVENUE* | 1,664.23 | 1,664.23 | 0.00 | 1,664.23 |
|      Acct: 3317 | | | | |
| | | | | 14,332.18 |
| Unsecured | | | | |
|    HUNTINGTON NATIONAL BANK(*) | 157.57 | 0.00 | 0.00 | 0.00 |
|      Acct: 7523 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES, LL | 342.16 | 0.00 | 0.00 | 0.00 |
|      Acct: 4140 | | | | |
|    AT & T MOBILITY II LLC | 1,256.06 | 0.00 | 0.00 | 0.00 |
|      Acct: 0231 | | | | |
|    VERIZON BY AMERICAN INFOSOURCE LP | 164.12 | 0.00 | 0.00 | 0.00 |
|      Acct: 0001 | | | | |
|    DIRECTV LLC BY AMERICAN INFOSOURC | 675.31 | 0.00 | 0.00 | 0.00 |
|      Acct: 6903 | | | | |
|    INTERNAL REVENUE SERVICE* | 2,341.32 | 0.00 | 0.00 | 0.00 |
|      Acct: 3317 | | | | |
|    STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    LOGS LEGAL GROUP LLP FORMERLY SH/ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

***N O N E ***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 74,132.89 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 14,332.18 |
| SECURED | 10,025.26 |
| UNSECURED | 4,936.54 |

Date: 02/07/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com